UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES ALBERT LAW, <br><br> Plaintiff, <br><br> v. <br><br> BLST RECEIVABLES & SERVICING, LLC, et al., <br><br> Defendants. | C23-5343 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The joint motion to dismiss with prejudice as to defendant Exeter Finance LLC, docket no. 37, is GRANTED.  Exeter Finance LLC is DISMISSED from this case with prejudice.

(2)   The stipulated motion to dismiss with prejudice as to defendant BLST Receivables & Servicing, LLC, docket no. 39, is GRANTED.  BLST Receivables & Servicing, LLC is DISMISSED from this case with prejudice.

(3)   The joint motion to extend discovery end deadline, docket no. 38, is GRANTED.  In light of the extension to the discovery deadline, the Court *sua sponte* EXTENDS this case's remaining dates and deadlines.  The scheduling order is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | June 17, 2024 | August 16, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | July 18, 2024 | August 29, 2024 |

MINUTE ORDER - 1

| Event | Current Deadline | New Deadline |
|---|---|---|
| All motions related to expert witnesses (e.g., a *Daubert* motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 25, 2024 | September 5, 2024 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (see LCR 7(d)(4)) | September 5, 2024 | October 17, 2024 |
| Agreed Pretrial Order due | September 20, 2024 | November 1, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | September 20, 2024 | November 1, 2024 |
| Pretrial conference to be held at **10:00 a.m.** on ____ | September 27, 2024 | November 8, 2024 |
| Trial Date | October 7, 2024 | November 18, 2024 |

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2