SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

THE HONORABLE JUDGE ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHARLES ALBERT LAW,<br><br>             Plaintiff,<br>v.<br><br>BLST RECEIVABLES & SERVICING, LLC, a limited liability company; EXETER FINANCE LLC, a Delaware corporation, and TOYOTA MOTOR CREDIT CORPORATION, a California corporation,<br><br>             Defendants. | NO. 3:23-cv-05343-TSZ<br><br>NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TOYOTA MOTOR CREDIT CORPORATION |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TOYOTA MOTOR CREDIT CORPORATION

PLEASE TAKE NOTE THAT Plaintiff, CHARLES ALBERT LAW, and Defendant, TOYOTA MOTOR CREDIT CORPORATION ("TMCC") have reached an agreement on all material terms required to settle all of Plaintiff's claims against TMCC in this action. Plaintiff and TMCC anticipate that the performance of the terms of the settlement agreement will be completed within 60 days of the date of this notice, by which time Plaintiff and TMCC shall file a Stipulation of Dismissal with Prejudice of this action.

RESPECTFULLY SUBMITTED AND DATED this 1st day of August, 2024.

 S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)

NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND TMCC
No. :23-cv-05343-TSZ

1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com